**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

MANITOWISH WATERS
WATER SPORTS ALLIANCE, INC. et al,

               Plaintiffs,

v.

TOWN OF MANITOWISH WATERS et al,

               Defendant.

Case 26-cv-616

---

## NOTICE OF REMOVAL

---

**TO:**       All Plaintiffs of Record
            c/o Mr. John B. Wagman
            Weld Riley, S.C.
            3624 Oakwood Hills Parkway
            Eau Claire, WI  54701
            *jwagman@weldriley.com*

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441(a) & (c) and 28 1446(a) & (b) and Fed. R. Civ. P. 81, the defendants, Town of Manitowish Waters, John Hanson, and Lynn Schroeder, by their attorneys, Kramer Shull Reeths, LLP, by Attorney Michael J. Roman, hereby remove this action from the State of Wisconsin Vilas County Circuit Court to the United States District Court for the Western District of Wisconsin, based on the following grounds:

### Background Facts.

1.      The original Summons and Complaint[1] in the above action was filed by the plaintiffs: Manitowish Waters Water Sports Alliance, Inc., Carla Hameister, Biwan Hameister Revocable Trust Dated October 13, 2014, Michael Goetz, Spider

---

[1]     All state court pleadings are being filed with this Notice of Removal.

Bay Lodge, LLC, Thomas Bordignon, MWTJ Enterprises, LLC, Michael Wagner, and Lonnie J. Wagner Trust, in the Circuit Court for Vilas County, Wisconsin (Vilas County Circuit Court Case No. 2026CV81) on June 8, 2026, and the action is now pending in state court.  (Roman Declaration at ¶ 2).

2.     The defendants Town of Scott, John Hanson, and Lynn Schroeder, were served with a copy of the summons and complaint on June 9, 2026. (Roman Declaration at ¶ 3).

3.     The defendants Town of Boulder Junction and Dennis Reuss were served with a copy of the summons and complaint on June 10, 2026. They are represented by Attorney Remzy D. Bitar, Municipal Law & Litigation Group, S.C. (Roman Declaration at ¶ 4).

### Parties.

4.     The Complaint alleges that the plaintiff Manitowish Waters Water Sports Alliance, Inc. is a Wisconsin nonprofit corporation whose members are riparian landowners who own boats or property on lakes in the Town of Manitowish Waters and Town of Boulder Junction; the individual plaintiffs all allege they are individuals that own real property or boats in the defendant Towns, either as individuals or through trusts or memberships. (Complaint at ¶ 1-6).

5.     The defendant, Town of Manitowish Waters, is a municipality under Wis. Stat. § 60.01, located in Vilas County, Wisconsin. The defendant John Hanson is the Town's elected Town Chair. The defendant Lynn Schroeder is a member of the Town's Board of Supervisors. (Roman Declaration at ¶ 5).

6.     The defendant, Town of Boulder Junction, is a municipality under Wis.

Stat. § 60.01, located in Vilas County, Wisconsin. The defendant Dennis Reuss is the Town's elected Town Chair. (Roman Declaration at ¶ 6).

## Jurisdiction and Venue.

7. The plaintiffs allege causes of action under the United States Constitution and federal law, 42 U.S.C. § 1983, and relief under 28 U.S.C. §§ 2201-2202. Accordingly, the allegations purport to present questions of federal question jurisdiction under 28 U.S.C. § 1331. (Complaint at ¶ 128-159, 225-237).

8. The plaintiffs also allege various State of Wisconsin law causes of action premised on the Wisconsin Constitution and state law that are related to the allegations over the Towns' ordinances that give rise to the federal question jurisdiction. Accordingly, the allegations purport to present questions of supplemental jurisdiction under 28 U.S.C. § 1367(a). (Complaint at ¶ 108-127, 160-224, 238-238).

9. Venue is appropriate in the Western District of Wisconsin because the original lawsuit was filed in Vilas County Circuit Court which is in the Western District of Wisconsin. (Complaint).

## Basis for Removal.

10. The plaintiffs' state court Complaint alleges original federal question causes of action under 28 U.S.C. § 1331, by challenging the constitutionality under the United States Constitution of the two Towns' ordinances relating to regulating certain wake surfing on lakes within the Towns, which purport to present federal question jurisdiction. Among other things, the plaintiffs claim the ordinances violates their constitutional rights to procedural and substantive due process under

3

the United States Constitution and the Fourteenth Amendment. They also allege Takings claims under the Fifth Amendment. They allege causes of action under 42 U.S.C. § 1983, and relief under 28 U.S.C. §§ 2201-2202. (Complaint at ¶ 128-159, 225-237).

11.    The plaintiffs' complaint also alleges state law claims challenging the enforceability and legality of the two Towns' ordinances under the Wisconsin Constitution and Wis. Stat. § 806.04. These allegations purport to present questions of supplemental jurisdiction to the district court under 28 U.S.C. § 1367(a) because they purport to arise out of and are so related to the same case or controversy over the ordinances that would give rise to the district court's original federal question jurisdiction. (Complaint at ¶ 108-127, 160-224, 238-238).

12.    The defendants Town of Manitowish Waters, John Hanson, and Lynn Schroeder, by this notice of removal have consented in writing to the removal of the action to the district court.

13.    The defendants Town of Boulder Junction and Dennis Reuss have consented in writing to the removal of the action to the district court. (Notice of Consent).

14.    The summons and complaint were served on the Town of Manitowish Waters, John Hanson, and Lynn Schroeder on June 9, 2026; therefore, this Notice of Removal is timely filed because it was filed within the 30 days of the triggering deadline for removal under § 1446(b).

15.    Copies of this Notice of Removal are also being provided to the adverse parties and the state court consistent with 28 U.S.C. § 1446(d).

16.    Further support for this Notice for Removal is supplied in the accompanying Declaration and copies of all pleadings and other documents filed in the state court action.

WHEREFORE, the defendants, Town of Manitowish Waters, John Hanson, and Lynn Schroeder, respectfully petition the Court pursuant to 28 U.S.C. §§ 1141 and 1446 for removal of Vilas County Circuit Court Case No. 2026CV81, to the United States District Court for the Western District of Wisconsin.

Dated at Wausau, Wisconsin this 7th day of July, 2026.

**<u>s/ Michael J. Roman</u>**
Michael J. Roman
State Bar No.: 1020648
Attorneys for the Defendant, Town of
Manitowish Waters, John Hanson,
and Lynn Schroeder,
KRAMER SHULL REETHS LLP
210 McClellan Street, Suite 400
Wausau, WI 54403
Telephone: 715/845-5656
Fax: 715/845-5666
Email: *mroman@ksrllp.com*